UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TSADOK ZIZI,

      Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON, et al.,

      Defendants.

2:11-CV-1511 JCM (PAL)

**ORDER**

Presently before the court is plaintiff, appearing in proper persona, Tsadok Zizi's motion for a temporary restraining order. (Doc. 2). Defendants have not responded.

According to Federal Rule of Civil Procedure 65, a court may issue a temporary restraining order when the moving party provides specific facts showing that immediate and irreparable injury, loss, or damage will result before the adverse party's opposition to a motion for preliminary injunction can be heard. The Supreme Court has stated that courts must consider the following factors in determining whether to issue a temporary restraining order and preliminary injunction: (1) a likelihood of success on the merits; (2) likelihood of irreparable injury if preliminary relief is not granted; (3) balance of hardships; and (4) advancement of the public interest. *Winter v. N.R.D.C.*, 129 S. Ct. 365, 374–76 (2008).

**James C. Mahan**
**U.S. District Judge**

In his motion, plaintiff alleges that any foreclosure on his property is unlawful because the promissory note has been divorced from the deed of trust. Plaintiff asserts that when these documents are separated, any security is forfeited, and a foreclosure sale may not proceed. This argument has been rejected by the Ninth Circuit. *See Cervantes v. Countrywide Home Loans, Inc.*, – F.3d –, 2011 WL 3911031, *6-7 (9th Cir. Sept. 7, 2011). Plaintiff's motion provides no argument on the other causes of action pled in his complaint. Therefore, this court is unable conclude that plaintiff enjoys a likelihood of success on the merits of his claim.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for a temporary restraining order (doc. #2) be, and the same hereby is, DENIED.

DATED September 22, 2011.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**