# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TSADOK ZIZI,<br><br>  Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON, et al.,<br><br>  Defendants. | 2:11-CV-1511 JCM (PAL) |

**ORDER**

Presently before the court is plaintiff, appearing in proper persona, Tsadok Zizi's motion for a temporary restraining order. (Doc. 2). Defendants have not responded.

According to Federal Rule of Civil Procedure 65, a court may issue a temporary restraining order when the moving party provides specific facts showing that immediate and irreparable injury, loss, or damage will result before the adverse party's opposition to a motion for preliminary injunction can be heard. The Supreme Court has stated that courts must consider the following factors in determining whether to issue a temporary restraining order and preliminary injunction: (1) a likelihood of success on the merits; (2) likelihood of irreparable injury if preliminary relief is not granted; (3) balance of hardships; and (4) advancement of the public interest. *Winter v. N.R.D.C.*, 129 S. Ct. 365, 374–76 (2008).

**James C. Mahan**
**U.S. District Judge**

1   In his motion, plaintiff alleges that any foreclosure on his property is unlawful because the
2   promissory note has been divorced from the deed of trust.  Plaintiff asserts that when these
3   documents are separated, any security is forfeited, and a foreclosure sale may not proceed.  This
4   argument has been rejected by the Ninth Circuit.  *See Cervantes v. Countrywide Home Loans, Inc.*,
5   – F.3d –, 2011 WL 3911031, *6-7 (9th Cir. Sept. 7, 2011).  Plaintiff's motion provides no argument
6   on the other causes of action pled in his complaint.  Therefore, this court is unable conclude that
7   plaintiff enjoys a likelihood of success on the merits of his claim.
8   Accordingly,
9   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for a
10  temporary restraining order (doc. #2) be, and the same hereby is, DENIED.
11  DATED September 22, 2011.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -