# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TSADOK ZIZI,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>U.S. BANK, N.A., et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:11-cv-01511-JCM-PAL<br><br>**ORDER**<br><br>(IFP App - Dkt. #1) |

　　　　This matter is before the court on Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1). Plaintiff is proceeding in this action *pro se*, has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis,* and submitted a Complaint (Dkt. #1). This proceeding was referred to this court by Local Rule IB 1-9.

　　　　Plaintiff has submitted an incomplete Application to Proceed *In Forma Pauperis.* Plaintiff has not responded to questions 3, 5 or 8. He has not responded fully to question 2–namely, he states that his take home pay is $520/month, but he does not state from whom he receives this income. As a result, the court cannot determine whether Plaintiff qualifies to proceed *in forma pauperis*, and his Application will be denied without prejudice. The Clerk of Court shall retain the Complaint.

　　　　Accordingly,

　　　　**IT IS ORDERED**:

　　　　1.　　Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1) is DENIED WITHOUT
　　　　　　　PREJUDICE. The Clerk of Court shall mail Plaintiff a blank application, and Plaintiff
　　　　　　　shall have until **November 4, 2011,** in which to submit the completed application or
　　　　　　　pay the $350.00 filing fee. Failure to comply with this order will result in a
　　　　　　　recommendation to the district judge for dismissal.

2. The Clerk of Court shall retain Plaintiff's Complaint.

Dated this 24th day of September, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE