# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TSADOK ZIZI,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON, et al.,<br><br>        Defendants. | 2:11-CV-1511 JCM (PAL) |

### ORDER

Presently before the court is the report and recommendation of Magistrate Judge Peggy A. Leen (doc. #7) regarding plaintiff's complaint (doc. #1). Plaintiff filed an objection to the report and recommendation. (Doc. 10).

The magistrate judge granted plaintiff's motion to proceed in forma pauperis. Accordingly, pursuant to 28 U.S.C. § 1915, the magistrate judge proceeded to screen the complaint to determine if the complaint is "frivolous or malicious," failed to state a claim for which relief could be granted, or sought monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2).

The magistrate judge found that the complaint failed to state a claim upon which relief could be granted. Plaintiff's difficult to follow objection contends that the magistrate judge erred and that his complaint states valid claims. Upon review of the magistrate judge's recommendation, however,

**James C. Mahan**
**U.S. District Judge**

1  this court finds no error.

2      Accordingly,

3      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Magistrate Judge Peggy

4  A. Leen's report and recommendation (doc. #7) be, and the same hereby is, ADOPTED IN ITS

5  ENTIRETY.

6      IT IS THEREFORE ORDERED that plaintiff's complaint (doc. #1) be, and the same hereby

7  is, DISMISSED for failure to state a claim upon which relief can be granted.  Accordingly, plaintiff's

8  remaining motion to stay is denied as moot.

9      The clerk shall dismiss the complaint and close the case accordingly.

10     DATED December 12, 2011.

12     */s/ James C. Mahan*
    **UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -